IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

**CHARLES EUGENE SIBLEY**                                              **PLAINTIFF**

**VERSUS**                             **CIVIL ACTION NO. 1:08cv464-HSO-JMR**

**MIKE BYRD,** *et al.*                                                 **DEFENDANTS**

## FINAL JUDGMENT

This matter came on to be heard on Defendants' Motion for Summary Judgment [28]. The Court, after a full review and consideration of Defendant's Motion, Chief Magistrate Judge John M. Roper's Report and Recommendation [30], and Plaintiff's Objection [31], the pleadings on file and the relevant legal authorities, finds that in accord with its Order entered herewith,

**IT IS, ORDERED AND ADJUDGED,** that judgment is rendered in favor of Defendants pursuant to FED. R. CIV. P. 56. Plaintiff's case against Defendants is hereby dismissed with prejudice.

**SO ORDERED AND ADJUDGED**, this the 27th day of August, 2009.

*s/ Halil Suleyman Ozerden*
HALIL SULEYMAN OZERDEN
UNITED STATES DISTRICT JUDGE